STATE
CLEVE
Office of the Court Clerk

MAY -7 2012

DOCKET_____ PAGE_____ RECORDED

Rhonda Hall, Court Clerk

_____ DEPUTY

IN THE DISTRICT COURT OF CLEVELAND COUNTY
STATE OF OKLAHOMA

DAVID LITTLETON, AND )
CASSANDRA LITTLETON )
    Plaintiffs, )
)
v. )
) No. CJ-12-625
)
AMERICAN SECURITY INSURANCE )
COMPANY, )
    Defendant. )

## PETITION

Plaintiffs, for cause of action against Defendant, state:

(1) Plaintiffs purchased from Defendant Homeowners' Policy Number: CHH0159988 07.

(2) The policy specified hail and water damage coverage. On June 14, 2011 and June 22, 2011, Plaintiffs suffered covered losses from storms/hail and water damage. Defendant issued claims numbers for the losses – 00100987947 (Storm/Hail) and 00100990891 (water damage).

(3) Defendant breached the contract by not paying the claims in full and undervaluing the claims. Defendant has failed to deal fairly and in good faith with the Plaintiff also. As a result, Plaintiffs have suffered financial and emotional distress.

WHEREFORE, Plaintiffs pray judgment against Defendant for $163,659.77 on the contract claim and, on the tort claim, an amount in excess of that required for 28 U.S.C. § 1332 diversity jurisdiction, interest at 15%, attorneys' fee, costs, and all other appropriate relief.

REX TRAVIS, OBA #9081
PAUL KOURI, OBA #20751
PO Box 1336
Oklahoma City, OK 73101-1336
Telephone: (405) 236-5400
Facsimile: (405) 236-5499
E-mail: RexTravis@TravisLawOffice.com
E-mail: PaulKouri@TravisLawOffice.com
Attorneys for Plaintiff

ATTORNEY'S LIEN CLAIMED


EXHIBIT 1